UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TONYA DAVIS, | ) CV 10-6025-SH |
| ) | |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ ) | |

IT IS ADJUDGED that Judgment is entered affirming the decision of the Commissioner and plaintiff's Complaint is dismissed.

DATED: March 11, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE